UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DONALD R. HUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:06-CV-00233 RLY-WGH |
| ) | |
| CSX TRANSPORTATION, INC. ) | |
| and JOHN J. VELA, Individually ) | |
| and d/b/a JAY'S TRUCKING, ) | |
| a/k/a JOHN J. VELA TRUCKING, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' JOINT MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), the Defendants, CSX Transportation, Inc. ("CSXT") and John J. Vela, Individually and d/b/a Jay's Trucking, a/k/a John J. Vela Trucking ("Vela"), by their attorneys, move this Court for an Order consolidating this case, for all purposes including trial, with the case of *CSX Transportation, Inc. v. John J. Vela, John J. Vela Trucking d/b/a Jay's Trucking, Sullivan Volunteer Fire Department, City of Sullivan, Indiana, and Donald Ray Huff*, Terre Haute Division Cause No. 2:06-CV-112 RLY-WGH, on the grounds that the cases involve common questions of law and fact, and consolidation of the actions will save substantial time and expense and will reduce the burdens on all parties and witnesses. In further support of their motion, CSXT and Vela file their Memorandum in Support of Motion to Consolidate concurrently herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Locke | /s/ Eric A. Riegner |
| David A. Locke (Attorney #18759-53) | Eric A. Riegner (Attorney #14057-49) |
| E-mail: dal@stuartlaw.com | E-mail: eriegner@locke.com |
| Stuart & Branigin LLP | Locke Reynolds LLP |
| 300 Main Street, Suite 900 | 201 N. Illinois St., Suite 1000 |
| P.O. Box 1010 | P.O. Box 44961 |
| Lafayette, IN 47905-1010 | Indianapolis, IN 46244-0961 |
| *Attorneys for CSXT* | *Attorneys for John J. Vela* |
| | *and John J. Vela Trucking* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2006, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's CM/ECF system. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

| | | |
|---|---|---|
| Eric A. Riegner | Matthew R. King | John P. Kujawski |
| Locke Reynolds LLP | Locke Reynolds LLP | Kujawski & Nowak, PC |
| eriegner@locke.com | mking@locke.com | kujawskinowak@yahoo.com |

    /s/ David A. Locke
David A. Locke

I further certify that on the 21st day of November, 2006, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following non-CM/ECF participants:

| | |
|---|---|
| James A. Bax | Ronald E. Fuhr |
| Brasher Law Firm | Seimer, Austin, Resch, Fuhr & Totten |
| One Metropolitan Square | 307 North Third Street |
| 211 N. Broadway, Suite 2300 | P.O. Box 607 |
| St. Louis, MO 63102 | Effingham, IL 62401-0607 |
| | |
| Jason Field | Craig M. McKee |
| Sturm, Smith & Parmenter | Wilkinson Goeller Modesitt Wilkinson & Drummy, LLP |
| 312 Main Street | 333 Ohio Street |
| P.O. Box 393 | P.O. Box 800 |
| Vincennes, IN 47591 | Terre Haute, IN 47808-0800 |

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed.

    /s/ David A. Locke
David A. Locke